UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORINNE S. HAEHL,

        Plaintiff,                    Case No.  4:06cv3

v.                                      Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on November 13, 2006.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 13, 2006, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**.


                                                /s/Gordon J. Quist
                                              Hon. Gordon J. Quist
                                              U.S. District Judge

Dated:  November 28, 2006